IN RE CITY OF WASHINGTON
    No. 14 PC.

    Case below: 15 N.C. App. 505.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

INSURANCE CO. v. KEITH
    No. 28 PC.

    Case below: 15 N.C. App. 551.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 October 1972.

JAMES v. BOARD OF EDUCATION
    No. 29 PC.

    Case below: 15 N.C. App. 531.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 October 1972.

JOHNSON v. CITY OF WINSTON-SALEM
    No. 4 PC.

    Case below: 15 N.C. App. 400.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 October 1972.

LASSITER v. LASSITER
    No. 30 PC.

    Case below: 15 N.C. App. 588.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.